United States Bankruptcy Court

Middle District of Georgia

| | |
|---|---|
| IN RE:<br>Joseph Ann Money Dunham<br>3810 Ukraine Dr.<br>Columbus, GA 31906-4636 | Chapter 13<br><br>Case No. 08-40778-JTL |

Transmittal of Unclaimed Funds

Now comes the Chapter 13 Trustee and transmits to William E. Tanner, Clerk of the United States Bankruptcy Court, the sum of $200.00 in unclaimed funds of American Home Mortgage Servicing, creditor.

Last Known Address (Most recent listed left to right):


American Home Mortgage Servicing
Succ: Option One Mortgage Corp
Attn: Payment Processing
Po Box 44042
Jacksonville,FL 44042



Dated: 12/19/2013

/s/ A. Kristin Hurst

A. Kristin Hurst, Trustee